JUDGE BATTS

# 13 CV 1060

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CMA CGM (AMERICA) LLC,

Plaintiff,

-against-

EL-RORO SHIPPING, INC.,

Defendant.

13 Civ.

**COMPLAINT**



Plaintiff CMA CGM (AMERICA) LLC, by its undersigned attorneys, as and for its complaint against defendant EL-RORO SHIPPING, INC. alleges as follows:

1.     This is a case of admiralty and maritime jurisdiction within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Jurisdiction is based upon 28 U.S.C. § 1333, as well as the Court's pendent, supplementary and ancillary jurisdiction.

2.     Pursuant to the agreement between Plaintiff and Defendant, the District Court for the Southern District of New York is the proper forum for disputes arising thereunder.

3.     Plaintiff CMA CGM (AMERICA) LLC, is, and at all relevant times was, a limited liability corporation incorporated under the laws of the State of New Jersey with a principal place of business at 5801 Lake Wright Drive Norfolk, Virginia.

4.     Upon information and belief, defendant EL-RORO SHIPPING, INC. is, and at all relevant times was, a corporation incorporated under the laws of the State of Delaware with a principal place of business at 8 Route 125, Kingston, New Hampshire.

5.     For the benefit of Defendant, Plaintiff provided and/or arranged transportation and related work, materials, labor and/or services at an agreed upon price pursuant to agreements

set forth, and incorporated by reference, in Plaintiff's ocean bills of lading NA1354266, NA1362368, NA1371050, NA1379064, NA1379073, NA1379089, NA1382844, NA1382852, NA1382868, NA1382932, NA1344765, NA1344847, NA1344786, NA1350411, NA1358800, NA1357257, NA1359474, NA1354309, NA1354304 and NA1358814 (the "Bills of Lading").

6.     In connection with the transportation and related work, materials, labor and/or services provided under the Bills of Lading at the specific request of Defendant, Plaintiff issued to Defendant invoices   NAEX0309213, NAEX0311229, NAEX0322044, NAEX0550700, NAEX0550701,     NAEX0550702,     NAEX0550703,     NAEX0550704,     NAEX0550705, NAEX0550706,     NAEX0572206,     NAEX0572207,     NAEX0572208,     NAEX0572212, NAEX0572214,   NAEX0572216,   NAEX0572217,   NAEX0572219,   NAEX0572220   and NAEX0572221 (the "Invoices") annexed hereto as Exhibit A.

7.     The total amount due and owing to Plaintiff under the Invoices is $31,240.00

8.     Plaintiff brings this action on its own behalf and as agent for CMA CGM and any other party with an interest in the subject matter hereof and has fulfilled all conditions precedent.

## FIRST CLAIM

9.     Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 8 hereof.

10.    Defendant is, and at all relevant times, was contractually obligated to pay for the transportation and related work, materials, labor and/or services provided and/or arranged by Plaintiff in connection with the aforementioned Bills of Lading.

11.    Defendant has failed and refused to pay as agreed for the aforementioned transportation and related work, materials, labor and/or services provided and/or arranged by Plaintiff.

12.     Plaintiff has duly performed all of its contractual duties and obligations.

13.     By reason of Defendant's breach of contract, Defendant is liable to Plaintiff in the amount of $31,240.00, plus interest, attorneys' fees and costs.

## SECOND CLAIM

14.     Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 13 hereof.

15.     Upon information and belief, Defendant received and retained a statement of account and the aforementioned Bills of Lading without objection.

16.     Upon information and belief, Defendant had an account stated with Plaintiff.

17.     By reason of the foregoing, Defendant is liable to Plaintiff in the amount of $31,240.00, plus interest, attorneys' fees and costs.

## THIRD CLAIM

18.     Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 17 hereof.

19.     Plaintiff provided valuable work, labor, materials and services for the benefit of Defendant in connection with the aforementioned Bills of Lading.

20.     Defendant was unjustly enriched by its failure and refusal to pay as agreed for such work, labor, materials and services.

21.     By reason of the foregoing, Defendant is liable to Plaintiff in the amount of $31,240.00, plus interest, attorneys' fees and costs.

WHEREFORE, Plaintiff demands judgment:

(1)  on its First Claim, against defendant EL-RORO SHIPPING, INC. in an amount in excess of $31,240.00, plus interest, attorneys' fees and costs;

(2)  on its Second Claim, against defendant EL-RORO SHIPPING, INC. in an amount in excess of $31,240.00, plus interest, attorneys' fees and costs;

(3)  on its Third Claim, against defendant EL-RORO SHIPPING, INC. in an amount in excess of $31,240.00, plus interest, attorneys' fees and costs; and,

(4)  for the costs and disbursements, including reasonable attorneys fees, of this action, and such other and further relief as the Court may deem just and proper.

Dated: New York, New York
February 11, 2013

THE LAW OFFICES OF MARK MCKEW, PLLC
Attorneys for Plaintiff

By:_____
Mark L. McKew
1725 York Ave., Suite 29A
New York, New York 10128
Email:  mmckew@mckewnylaw.com
Tel: (212) 876-6783
Fax: (646) 478-9090

EXHIBIT

A

CMA CGM (AMERICA) LLC
570  LAKE WRIGHT DRIVE
NORFOLK--VA--23502
UNITED STATES
TEL: 75796 2 00   FAX:877-634-84 9
VAT NO. US00000



Please use B/L number as reference with payment

**INVOICE** COPY

NAEX03092 3

Bill of Lading:  NA  354266    Booking Ref:  NAM36  444

Customer:  000  555  30/00

Your Ref : -

Date:29-JUN-2007  0:50

| Invoice To: | ELROROCOM | Payable to: | CMA CGM (AMERICA) LLC |
| | 8ROUTE  25 | | 570  LAKE WRIGHT DRIVE |
| | KINGSTON--NH--03848 | | NORFOLK--VA--23502 |
| | UNITED STATES | | UNITED STATES |

VAT NO.:  US00000

Please contact Customer Service for further information

Invoiced By: Sarah McHenry Tel: 757-96  -25  5

Voyage: LB  26E     Local Voyage Ref: -     Vessel: CMA CGM SAPPHIRE                     Call Date:  09 JUN 2007

| Place of Receipt: | - | Discharge Port: | BEIRUT |
| Load Port: | BOSTON, MA | Place of Delivery: | - |

Shipper: ED SHMIDT

Freight Forwarders: ELRORO SHIPPING INC.

Consignee: MONZA CARS
        TEL: (0 )8 0-455/864-  26

Notify: SAME AS CONSIGNEE

| Commodity Code | Description | Package | Qty |
|---|---|---|---|
| 8700 | AUTOS | 40HC | |

Container Number(s): FSCU6364544

| Size/Type | Charge Description | Based on | Rate  Currency | Amount | Amount in  USD |
|---|---|---|---|---|---|
| 40HC   C | Equipment demurrage export CARRIER | UNI | 7,800.00 USD | 7,800.00 | 7,800.00 |
| | | | Currency Charge Totals | | |
| | | | SD | 7,800.00 | |
| | | | Total | | 7,800.00 |

(C)For and on behalf of CMA - CGM
 4 Quai d'Arenc
  3002 MARSEILLE-FRANCE
FR72562024422

Carrier No. NACMA065298

You may also send wire transfers as per the below:
CMA CGM (America) Inc. Operational Account
BANK OF AMERICA
ONE COMMERCIAL PLACE
NORFOLK
235  0 UNITED STATES VA
Account Number.004  27083809    ABA 026009593

Total Amount: 7,800.00 USD

Payable by 29-JUN-2007

Payment before delivery of Bill Of Lading (Export) or containers (Import)

PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE

Wire  ABA  026009593
        ACH  ABA  05  0000  7

FOR CUSTOMERS WITHOUT CMA-CGM CREDIT:  If payment is not received within  4 calendar days of vessels' departure, a late payment fee of $50
per B/L will be assessed. Additionally, a late payment fee of $200 per B/L will be further assessed if payment is not received within 30 calendar days of
vessels' departure.  These fees must be paid in full prior to B/L & cargo release.

**CMA000001**

CMA CGM (AMERICA) LLC
570  LAKE WRIGHT DRIVE
NORFOLK--VA--23502
UNITED STATES
TEL: 75796 2 00   FAX:877-634-84 9
VAT NO. US00000



| Please use B/L number as reference with payment | **INVOICE** | | **ORIGINAL** |
|---|---|---|---|
| Bill of Lading:  NA  3588  4    Booking  Ref:  NAM3659 | NAEX057222 | | |
| Customer:   000  555  30/00 | | | |
| Your Ref: | Date:    3 -OCT-2008 | | |

| Invoice To: | EL RORO SHIPPING<br>8ROUTE  25<br>KINGSTON--NH--03848<br>UNITED STATES | Payable to: | CMA CGM (AMERICA) LLC<br>570  LAKE WRIGHT DRIVE<br>NORFOLK--VA--23502<br>UNITED STATES |
|---|---|---|---|
| | | | VAT NO.:  US00000 |
| Invoiced By:   Debbie Arnold            Tel: 866-253-3982 | | | |

| Voyage:    LB  26E        Local Voyage Ref:  - | | Vessel:   CMA CGM SAPPHIRE        Call Date: 09 JUN 2007 |
|---|---|---|
| Export Cargo Mode:   Merchant Haulage | | Import Cargo Mode:   Merchant Haulage |
| Place of Receipt:        - | | Discharge Port:       BEIRUT |
| Load Port:              BOSTON, MA | | Place of Delivery:    - |
| Shipper: DAHER MOTORS OF KINGSTON INC. | | Freight Forwarders: EL-RORO SHIPPING INC. |
|          8 ROUTE  25 KINGSTON NH 03848 USA | |          8 ROUTE  25 |

| Quote Reference:    - | Service Contract:    99-9999 |
|---|---|

(C) Equipment Export Demurrage Charge.

Container Number:      ECMU93454 7            Size/Type:   40HC            Total billable days:   2  Calendar Days
Start Event Data:        0-MAY-07 - Gate in Full - BOSTON, MA - PAUL W CONLEY TERMINAL
Stop Event Data:        06-JUN-07 - Load on Board Full - BOSTON, MA - PAUL W CONLEY TERMINAL

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 0-MAY-07 | 6-MAY-07 | 5 | Working | 0.00 | USD | 0.00 |
| 7-MAY-07 | 2  -MAY-07 | 5 | Calendar | 60.00 | USD | 300.00 |
| 22-MAY-07 | 26-MAY-07 | 5 | Calendar | 20.00 | USD | 600.00 |
| 27-MAY-07 | 06-JUN-07 | | Calendar | 300.00 | USD | 3300.00 |
| | | | | | Currency Charge Totals | |
| | | | | | USD | 4,200.00 |
| | | | | | Total | 4,200.00 |

(C)For and on behalf of CMA - CGM
 4 Quai d'Arenc
 3002 MARSEILLE-FRANCE
FR72562024422
                      Carrier No. NACMA  389735

You may also send wire transfers as per the below:
CMA CGM (America) Inc. Operational Account
BANK OF AMERICA
ONE COMMERCIAL PLACE
NORFOLK
235  0 UNITED STATES VA
Account Number.004  27083809

**Total Amount Due:**            4,200.00   USD

Payable by 3  -OCT-2008
Payment before delivery of Bill Of Lading (Export) or containers (Import)
PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE
Wire  ABA 026009593
       ACH  ABA  05  0000 7

Disputes must be sent to usa.detdembilling@cma-cgm.com within 30 days of invoice date. CMA CGM holds trucker and customer jointly and severally liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for payment of all charges, including attorney fees necessary to collect outstanding amounts.

**CMA000002**

CMA CGM (AMERICA) LLC
570  LAKE WRIGHT DRIVE
NORFOLK--VA--23502
UNITED STATES
TEL: 75796 2 00  FAX:877-634-84  9
VAT NO. US00000



| Please use B/L number as reference with payment | **INVOICE** | **ORIGINAL** |
|---|---|---|

Bill of Lading:  NA  354304    Booking Ref:  NAM359  06

Customer:  000  555  30/00

Your Ref:   27269 0000 02  9

**INVOICE**
NAEX0572220

Date:   3 -OCT-2008

| Invoice To: | EL RORO SHIPPING | Payable to: | CMA CGM (AMERICA) LLC |
|---|---|---|---|
| | 8ROUTE  25 | | 570  LAKE WRIGHT DRIVE |
| | KINGSTON--NH--03848 | | NORFOLK--VA--23502 |
| | UNITED STATES | | UNITED STATES |

VAT NO.:  US00000

Invoiced By:  Debbie Arnold          Tel: 866-253-3982

| Voyage:   LB  22E        Local Voyage Ref:  - | Vessel:   CMA CGM ELBE          Call Date: 25 MAY 2007 |
|---|---|
| Export Cargo Mode:   Merchant Haulage | Import Cargo Mode:   Merchant Haulage |
| Place of Receipt:  - | Discharge Port:       BEIRUT |
| Load Port:        BOSTON, MA | Place of Delivery:   - |
| Shipper: DAHER MOTORS OF KINGSTON INC. | Freight Forwarders: EL RORO SHIPPING INC. |
|         8 ROUTE  25 KINGSTON NH 03848 USA |         8 ROUTE  25 |

Quote Reference:    -                      Service Contract:    99-9999

(C) Equipment Export Demurrage Charge.

Container Number:    GSTU8705590          Size/Type:   40HC          Total billable days:    9 Calendar Days

Start Event Data:    30-APR-07 - Gate in Full - BOSTON, MA - PAUL W CONLEY TERMINAL
Stop Event Data:    23-MAY-07 - Load on Board Full - BOSTON, MA - PAUL W CONLEY TERMINAL

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 30-APR-07 | 04-MAY-07 | 5 | Working | 0.00 | USD | 0.00 |
| 05-MAY-07 | 09-MAY-07 | 5 | Calendar | 60.00 | USD | 300.00 |
| 0-MAY-07 | 4-MAY-07 | 5 | Calendar | 20.00 | USD | 600.00 |
| 5-MAY-07 | 23-MAY-07 | 9 | Calendar | 300.00 | USD | 2700.00 |
| | | | | Currency Charge Totals | | |
| | | | | | USD | 3,600.00 |
| | | | | | Total | 3,600.00 |

(C)For and on behalf of CMA - CGM
 4 Quai d'Arenc
 3002 MARSEILLE-FRANCE
 FR72562024422

             Carrier No. NACMA  389734

You may also send wire transfers as per the below:
CMA CGM (America) Inc. Operational Account
BANK OF AMERICA
ONE COMMERCIAL PLACE
NORFOLK
235  0 UNITED STATES VA
Account Number.004  27083809

**Total Amount Due:        3,600.00   USD**

Payable by 3  -OCT-2008
Payment before delivery of Bill Of Lading (Export) or containers (Import)
PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE
Wire ABA 026009593
     ACH ABA  05  0000  7

Disputes must be sent to usa.detdembilling@cma-cgm.com within 30 days of invoice date. CMA CGM holds trucker and customer jointly and severally liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for payment of all charges, including attorney fees necessary to collect outstanding amounts.

Page      of

CMA000003

CMA CGM (AMERICA) LLC
570  LAKE WRIGHT DRIVE
NORFOLK--VA--23502
UNITED STATES
TEL: 75796 2 00   FAX:877-634-84 9
VAT NO. US00000



| Please use B/L number as reference with payment | **INVOICE** | **ORIGINAL** |
|---|---|---|

Bill of Lading: NA 354309    Booking Ref: NAM359

Customer: 000 555 30/00

Your Ref: 27269 0000 02 9

**INVOICE**
NAEX05722 9

Date:   3 -OCT-2008

| Invoice To: | EL RORO SHIPPING<br>8ROUTE  25<br>KINGSTON--NH--03848<br>UNITED STATES | Payable to: | CMA CGM (AMERICA) LLC<br>570  LAKE WRIGHT DRIVE<br>NORFOLK--VA--23502<br>UNITED STATES |
|---|---|---|---|

VAT NO.:  US00000

Invoiced By:   Debbie Arnold          Tel: 866-253-3982

| Voyage:   LB 22E       Local Voyage Ref:  - | Vessel:   CMA CGM ELBE         Call Date: 25 MAY 2007 |
|---|---|

Export Cargo Mode:  Merchant Haulage          Import Cargo Mode:   Merchant Haulage
Place of Receipt:      -                       Discharge Port:        BEIRUT
Load Port:   BOSTON, MA                        Place of Delivery:     -
Shipper: DAHER MOTORS OF KINGSTON INC.         Freight Forwarders: EL RORO SHIPPING INC.
         8 ROUTE  25 KINGSTON NH 03848 USA                         8 ROUTE  25

Quote Reference:    -                          Service Contract:     99-9999

(C) Equipment Export Demurrage Charge.

Container Number:    CLHU8555584          Size/Type:   40HC          Total billable days:    9 Calendar Days
Start Event Data:    30-APR-07 - Gate in Full - BOSTON, MA - PAUL W CONLEY TERMINAL
Stop Event Data:     23-MAY-07 - Load on Board Full - BOSTON, MA - PAUL W CONLEY TERMINAL

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 30-APR-07 | 04-MAY-07 | 5 | Working | 0.00 | USD | 0.00 |
| 05-MAY-07 | 09-MAY-07 | 5 | Calendar | 60.00 | USD | 300.00 |
| 0-MAY-07 | 4-MAY-07 | 5 | Calendar | 20.00 | USD | 600.00 |
| 5-MAY-07 | 23-MAY-07 | 9 | Calendar | 300.00 | USD | 2700.00 |
| | | | | Currency Charge Totals | | |
| | | | | | USD | 3,600.00 |
| | | | | | Total | 3,600.00 |

(C)For and on behalf of CMA - CGM
 4 Quai d'Arenc
 3002 MARSEILLE-FRANCE
FR72562024422

                    Carrier No. NACMA  389732

You may also send wire transfers as per the below:
CMA CGM (America) Inc. Operational Account
BANK OF AMERICA
ONE COMMERCIAL PLACE
NORFOLK
235  0 UNITED STATES VA
Account Number.004  27083809

Total Amount Due:        3,600.00   USD

Payable by 3  -OCT-2008
Payment before delivery of Bill Of Lading (Export) or containers (Import)
PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE
Wire ABA 026009593
      ACH ABA  05 0000 7

Disputes must be sent to usa.detdembilling@cma-cgm.com within 30 days of invoice date. CMA CGM holds trucker and customer jointly and severally liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for payment of all charges, including attorney fees necessary to collect outstanding amounts.

**CMA000004**

CMA CGM (AMERICA) LLC
570  LAKE WRIGHT DRIVE
NORFOLK--VA--43504
UNITED STATES
TEL: 75796 4 00   FAX:877-632-82 9
VAT NO. US00000



| Please use B/L number as reference with payment | INVOICE | ORIGINAL |
|---|---|---|

Bill of Lading: NA 359272   Booking Ref: NAM365935

Customer:  000 555 30/00

Your Ref:

INVOICE
NAEX05744 7

Date:   3 -OCT-4008

| Invoice To: | EL RORO SHIPPING | Payable to: | CMA CGM (AMERICA) LLC |
|---|---|---|---|
| | 8ROUTE  45 | | 570  LAKE WRIGHT DRIVE |
| | KINGSTON--NH--03828 | | NORFOLK--VA--43504 |
| | UNITED STATES | | UNITED STATES |

VAT NO.:  US00000

Invoiced By:   Debbie Arnold          Tel: 866-453-3984

| Voyage:    LB 46E        Local Voyage Ref:  - | Vessel:   CMA CGM SAPPHIRE       Call Date: 09 JUN 4007 |
|---|---|
| Export Cargo Mode:   Merchant Haulage | Import Cargo Mode:   Merchant Haulage |
| Place of Receipt:        - | Discharge Port:      BEIRUT |
| Load Port:        BOSTON, MA | Place of Delivery:     - |
| Shipper: DAHER MOTORS OF KINGSTON INC. | Freight Forwarders: EL-RORO SHIPPING INC. |
|     8 ROUTE  45 KINGSTON NH 03828 USA |     8 ROUTE  45 |

| Quote Reference:     - | Service Contract:     99-9999 |
|---|---|

(C) Equipment Export Demurrage Charge.

Container Number:     INKU46299 6          Size/Type:   20HC          Total billable days:   5 Calendar Days
Start Event Data:     6-MAY-07 - Gate in Full - BOSTON, MA - PAUL W CONLEY TERMINAL
Stop Event Data:     06-JUN-07 - Load on Board Full - BOSTON, MA - PAUL W CONLEY TERMINAL

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 6-MAY-07 | 44-MAY-07 | 5 | Working | 0.00 | USD | 0.00 |
| 43-MAY-07 | 47-MAY-07 | 5 | Calendar | 60.00 | USD | 300.00 |
| 48-MAY-07 | 0 -JUN-07 | 5 | Calendar | 40.00 | USD | 600.00 |
| 04-JUN-07 | 06-JUN-07 | 5 | Calendar | 300.00 | USD | 500.00 |
| | | | | | Currency Charge Totals | |
| | | | | | USD | 4,200.00 |
| | | | | | Total | 4,200.00 |

(C)For and on behalf of CMA - CGM
 2 Quai d'Arenc
 3004 MARSEILLE-FRANCE
FR74564042244

                          Carrier No. NACMA  389730

You may also send wire transfers as per the below:
CMA CGM (America) Inc. Operational Account
BANK OF AMERICA
ONE COMMERCIAL PLACE
NORFOLK
435 0 UNITED STATES VA
Account Number.002  47083809

Total Amount Due:          4,200.00   USD

Payable by 3 -OCT-4008
Payment before delivery of Bill Of Lading (Export) or containers (Import)
PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE
Wire ABA 046009593
          ACH ABA 05 0000 7

Disputes must be sent to usa.detdembilling@cma-cgm.com within 30 days of invoice date. CMA CGM holds trucker and customer jointly and severally
liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for
payment of all charges, including attorney fees necessary to collect outstanding amounts.

**CMA000005**

CMA CGM (AMERICA) LLC
570  LAKE WRIGHT DRIVE
NORFOLK--VA--23502
UNITED STATES
TEL: 75796 2 00   FAX:877-634-84 9
VAT NO. US00000



| Please use B/L number as reference with payment | **INVOICE** | **ORIGINAL** |
|---|---|---|
| Bill of Lading:  NA  357257     Booking  Ref:  NAM365825 | NAEX05722 6 | |
| Customer:   000  555  30/00 | | |
| Your Ref: | Date:   3 -OCT-2008 | |

| Invoice To: | EL RORO SHIPPING<br>8ROUTE  25<br>KINGSTON--NH--03848<br>UNITED STATES | Payable to: | CMA CGM (AMERICA) LLC<br>570  LAKE WRIGHT DRIVE<br>NORFOLK--VA--23502<br>UNITED STATES |
|---|---|---|---|
| | | | VAT NO.:  US00000 |
| Invoiced By:  Debbie Arnold | Tel: 866-253-3982 | | |

| Voyage:   LB  26E | Local Voyage Ref:  - | Vessel:   CMA CGM SAPPHIRE | Call Date: 09 JUN 2007 |
|---|---|---|---|
| Export Cargo Mode:   Merchant Haulage | | Import Cargo Mode:   Merchant Haulage | |
| Place of Receipt:       - | | Discharge Port:        BEIRUT | |
| Load Port:        BOSTON, MA | | Place of Delivery:       - | |
| Shipper: DAHER MOTORS OF KINGSTON INC. | | Freight Forwarders: EL-RORO SHIPPING INC. | |
| 8 ROUTE  25 KINGSTON NH 03848 USA | | 8 ROUTE  25 | |

| Quote Reference:       - | Service Contract:       99-9999 |
|---|---|

(C) Equipment Export Demurrage Charge.

Container Number:     ECMU9280358            Size/Type:    40HC            Total billable days:    4 Calendar Days

Start Event Data:       7-MAY-07 - Gate in Full - BOSTON, MA - PAUL W CONLEY TERMINAL
Stop Event Data:       06-JUN-07 - Load on Board Full - BOSTON, MA - PAUL W CONLEY TERMINAL

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 7-MAY-07 | 23-MAY-07 | 5 | Working | 0.00 | USD | 0.00 |
| 24-MAY-07 | 28-MAY-07 | 5 | Calendar | 60.00 | USD | 300.00 |
| 29-MAY-07 | 02-JUN-07 | 5 | Calendar | 20.00 | USD | 600.00 |
| 03-JUN-07 | 06-JUN-07 | 4 | Calendar | 300.00 | USD | 200.00 |
| | | | | | Currency Charge Totals | |
| | | | | | USD | 2, 00.00 |
| | | | | | Total | 2, 00.00 |

(C)For and on behalf of CMA - CGM
 4 Quai d'Arenc
 3002 MARSEILLE-FRANCE
FR72562024422

Carrier No. NACMA  389729

You may also send wire transfers as per the below:
CMA CGM (America) Inc. Operational Account
BANK OF AMERICA
ONE COMMERCIAL PLACE
NORFOLK
235 0 UNITED STATES VA
Account Number.004  27083809

**Total Amount Due:      2, 00.00   USD**

Payable by 3 -OCT-2008
Payment before delivery of Bill Of Lading (Export) or containers (Import)
PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE
Wire ABA 026009593
        ACH ABA 05 0000 7

Disputes must be sent to usa.detdembilling@cma-cgm.com within 30 days of invoice date. CMA CGM holds trucker and customer jointly and severally
liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for
payment of all charges, including attorney fees necessary to collect outstanding amounts.

**CMA000006**

CMA CGM (AMERICA) LLC
570  LAKE WRIGHT DRIVE
NORFOLK--VA--23502
UNITED STATES
TEL: 75796 2 00   FAX:877-634-84 9
VAT NO. US00000



| Please use B/L number as reference with payment | **INVOICE** | **ORIGINAL** |
|---|---|---|
| Bill of Lading:  NA  358800    Booking  Ref:  NAM365883 | NAEX05722 4 | |
| Customer:  000  555  30/00 | | |
| Your Ref: | Date:    3  -OCT-2008 | |

| Invoice To: | EL RORO SHIPPING<br>8ROUTE  25<br>KINGSTON--NH--03848<br>UNITED STATES | Payable to: | CMA CGM (AMERICA) LLC<br>570  LAKE WRIGHT DRIVE<br>NORFOLK--VA--23502<br>UNITED STATES |
|---|---|---|---|
| | | | VAT NO.:  US00000 |
| Invoiced By:   Debbie Arnold | Tel: 866-253-3982 | | |

| Voyage:    LB  26E | Local Voyage Ref:  - | Vessel:   CMA CGM SAPPHIRE | Call Date: 09 JUN 2007 |
|---|---|---|---|
| Export Cargo Mode:   Merchant Haulage | | Import Cargo Mode:   Merchant Haulage | |
| Place of Receipt:      - | | Discharge Port:      BEIRUT | |
| Load Port:      BOSTON, MA | | Place of Delivery:      - | |
| Shipper: DAHER MOTORS OF KINGSTON INC | | Freight Forwarders: ELRORO SHIPPING INC | |
| 8 ROUTE  25 KINGSTON NH 03848 USA | | 8 ROUTE  25 | |

| Quote Reference:      - | Service Contract:      99-9999 |
|---|---|

(C) Equipment Export Demurrage Charge.

Container Number:      TEXU54 23 3                    Size/Type:    40HC                    Total billable days:    4 Calendar Days
Start Event Data:        7-MAY-07 - Gate in Full - BOSTON, MA - PAUL W CONLEY TERMINAL
Stop Event Data:        06-JUN-07 - Load on Board Full - BOSTON, MA - PAUL W CONLEY TERMINAL

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 7-MAY-07 | 23-MAY-07 | 5 | Working | 0.00 | USD | 0.00 |
| 24-MAY-07 | 28-MAY-07 | 5 | Calendar | 60.00 | USD | 300.00 |
| 29-MAY-07 | 02-JUN-07 | 5 | Calendar | 20.00 | USD | 600.00 |
| 03-JUN-07 | 06-JUN-07 | 4 | Calendar | 300.00 | USD | 200.00 |
| | | | | | Currency Charge Totals | |
| | | | | | USD | 2, 00.00 |
| | | | | | Total | 2, 00.00 |

(C)For and on behalf of CMA - CGM
 4 Quai d'Arenc
 3002 MARSEILLE-FRANCE
FR72562024422
                              Carrier No. NACMA  389727

You may also send wire transfers as per the below:
CMA CGM (America) Inc. Operational Account
BANK OF AMERICA
ONE COMMERCIAL PLACE
NORFOLK
235 0 UNITED STATES VA
Account Number.004  27083809

**Total Amount Due:**        **2, 00.00   USD**

Payable by 3  -OCT-2008
Payment before delivery of Bill Of Lading (Export) or containers (Import)
PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE
Wire ABA 026009593
        ACH ABA  05 0000 7

Disputes must be sent to usa.detdembilling@cma-cgm.com within 30 days of invoice date. CMA CGM holds trucker and customer jointly and severally liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for payment of all charges, including attorney fees necessary to collect outstanding amounts.

**CMA000007**

CMA CGM (AMERICA) LLC
570  LAKE WRIGHT DRIVE
NORFOLK--VA--23502
UNITED STATES
TEL: 75796 2 00   FAX:877-634-84  9
VAT NO. US00000



| Please use B/L number as reference with payment | **INVOICE** | **ORIGINAL** |
|---|---|---|

Bill of Lading: NA  3504       Booking Ref:  NAM355558
Customer:  000  555  30/00
Your Ref:  ETA 4/20

NAEX05722 2

Date:   3  -OCT-2008

| Invoice To: | EL RORO SHIPPING<br>8ROUTE  25<br>KINGSTON--NH--03848<br>UNITED STATES | Payable to: | CMA CGM (AMERICA) LLC<br>570  LAKE WRIGHT DRIVE<br>NORFOLK--VA--23502<br>UNITED STATES |
|---|---|---|---|
| | | | VAT NO.:  US00000 |
| Invoiced By:  Debbie Arnold | Tel: 866-253-3982 | | |

| Voyage:  IN336E | Local Voyage Ref: 7  5 | Vessel:  CMA CGM EIFFEL | Call Date: 07 MAY 2007 |
|---|---|---|---|

Export Cargo Mode:  Merchant Haulage                Import Cargo Mode:  Merchant Haulage
Place of Receipt:  -                                 Discharge Port:  BEIRUT
Load Port:  NEW YORK, NY                             Place of Delivery:  -
Shipper: DAHER MOTORS OF KINGSTON INC.              Freight Forwarders: ELRORO INC IMPORT EXPORT
         8 ROUTE  25 KINGSTON NH 03848 USA                             2555 DOLLARD AVENUE

Quote Reference:  -                                 Service Contract:    99-9999

(C) Equipment Export Demurrage Charge.

Container Number:    CLHU9057 43              Size/Type:   40HC              Total billable days:   6 Calendar Days
Start Event Data:       2-APR-07 - Gate in Full - NEW YORK, NY - PNCT
Stop Event Data:       04-MAY-07 - Load on Board Full - NEW YORK, NY - PNCT

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 2-APR-07 | 8-APR-07 | 5 | Working | 0.00 | USD | 0.00 |
| 9-APR-07 | 23-APR-07 | 5 | Calendar | 25.00 | USD | 25.00 |
| 24-APR-07 | 28-APR-07 | 5 | Calendar | 43.00 | USD | 2 5.00 |
| 29-APR-07 | 04-MAY-07 | 6 | Calendar | 60.00 | USD | 360.00 |
| | | | | | Currency Charge Totals | |
| | | | | | USD | 700.00 |
| | | | | | Total | 700.00 |

(C)For and on behalf of CMA - CGM
 4 Quai d'Arenc
 3002 MARSEILLE-FRANCE
 FR72562024422
                          Carrier No. NACMA  389725

You may also send wire transfers as per the below:
CMA CGM (America) Inc. Operational Account
BANK OF AMERICA
ONE COMMERCIAL PLACE
NORFOLK
235  0 UNITED STATES VA
Account Number.004  27083809

Total Amount Due:          700.00   USD

Payable by 3  -OCT-2008
Payment before delivery of Bill Of Lading (Export) or containers (Import)
PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE
Wire ABA 026009593
      ACH ABA  05 0000 7

Disputes must be sent to usa.detdembilling@cma-cgm.com within 30 days of invoice date. CMA CGM holds trucker and customer jointly and severally
liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for
payment of all charges, including attorney fees necessary to collect outstanding amounts.

CMA000008

CMA CGM (AMERICA) LLC
930  LAKE WRIGHT DRIVE
NORFOLK--VA--25902
UNITED STATES
TEL: 39367 2 00   FAX:833-754-84 6
VAT NO. US00000



| Please use B/L number as reference with payment | INVOICE | ORIGINAL |
|---|---|---|

Bill of Lading:  NA  544387     Booking Ref:  NAM599949

Customer:  000  999 50/00

Your Ref:  ETA 4/20

**INVOICE**
NAEX0932208

Date:   5 -OCT-2008

| Invoice To: | EL RORO SHIPPING 8ROUTE  29 KINGSTON--NH--05848 UNITED STATES | Payable to: | CMA CGM (AMERICA) LLC 930  LAKE WRIGHT DRIVE NORFOLK--VA--25902 UNITED STATES |
|---|---|---|---|

VAT NO.:  US00000

Invoiced By:   Debbie Arnold            Tel: 877-295-5682

| Voyage:   IN550E | Local Voyage Ref: 3  2 | Vessel:   LAHORE EXPRESS | Call Date:   7 APR 2003 |
|---|---|---|---|

Export Cargo Mode:   Merchant Haulage
Place of Receipt:   -
Load Port:   NEW YORK, NY
Shipper: DAHER MOTORS OF KINGSTON INC.
        8 ROUTE  29

Import Cargo Mode:   Merchant Haulage
Discharge Port:   BEIRUT
Place of Delivery:   -
Freight Forwarders: EL RORO
                 8 ROUTE  29

Quote Reference:   -                              Service Contract:   66-6666

(C) Equipment Export Demurrage Charge.

Container Number:   CLHU4929502              Size/Type:   40ST              Total billable days:   8 Calendar Days
Start Event Data:     50-MAR-03 - Gate in Full - NEW YORK, NY - PNCT
Stop Event Data:       5-APR-03 - Load on Board Full - NEW YORK, NY - PNCT

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 50-MAR-03 | 09-APR-03 | 9 | Working | 0.00 | USD | 0.00 |
| 07-APR-03 | 0-APR-03 | 9 | Calendar | 70.00 | USD | 500.00 |
| -APR-03 | 5-APR-03 | 5 | Calendar | 20.00 | USD | 570.00 |
| | | | | Currency Charge Totals | | |
| | | | | | USD | 770.00 |
| | | | | | Total | 770.00 |

(C)For and on behalf of CMA - CGM
 4 Quai d'Arenc
  5002 MARSEILLE-FRANCE
FR32972024422

                    Carrier No. NACMA  58632

You may also send wire transfers as per the below:
CMA CGM (America) Inc. Operational Account
BANK OF AMERICA
ONE COMMERCIAL PLACE
NORFOLK
259  0 UNITED STATES VA
Account Number:004  23085806

**Total Amount Due:**          770.00   USD

Payable to 5 -OCT-2008
Payment before delivery of Bill Of Lading (Export) or containers (Import)
PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE
Wire  ABA  027006965
       ACH  ABA  09  0000 3

Disputes must be sent to usa.detdembilling@cma-cgm.com within 50 days of invoice date. CMA CGM holds trucker and customer jointly and severally liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for payment of all charges, including attorney fees necessary to collect outstanding amounts.

**CMA000009**

CMA CGM (AMERICA) LLC
930  LAKE WRIGHT DRIVE
NORFOLK--VA--25902
UNITED STATES
TEL: 39367 2 00   FAX:833-754-84 6
VAT NO. US00000



| Please use B/L number as reference with payment | **INVOICE** | **ORIGINAL** |
|---|---|---|

Bill of Lading:  NA  544843    Booking Ref:  NAM599990

Customer:  000  999 50/00

Your Ref:  ETA 4/20

NAEX0932203

Date:    5 -OCT-2008

| Invoice To: | EL RORO SHIPPING<br>8ROUTE  29<br>KINGSTON--NH--05848<br>UNITED STATES | Payable to: | CMA CGM (AMERICA) LLC<br>930  LAKE WRIGHT DRIVE<br>NORFOLK--VA--25902<br>UNITED STATES<br><br>VAT NO.:  US00000 |
|---|---|---|---|

Invoiced By:   Debbie Arnold              Tel: 877-295-5682

| Voyage:    IN550E | Local Voyage Ref: 3  2 | Vessel:   LAHORE EXPRESS | Call Date:   7 APR 2003 |
|---|---|---|---|

Export Cargo Mode:   Merchant Haulage

Place of Receipt:       -

Load Port:                 NEW YORK, NY

Shipper: DAHER MOTORS OF KINGSTON INC.
             8 ROUTE  29

Import Cargo Mode:    Merchant Haulage

Discharge Port:         BEIRUT

Place of Delivery:      -

Freight Forwarders: EL RORO
             8 ROUTE  29

Quote Reference:    -                                    Service Contract:      66-6666

(C) Equipment Export Demurrage Charge.

Container Number:        CMAU8020277            Size/Type:    40ST              Total billable days:    8 Calendar Days

Start Event Data:         50-MAR-03 - Gate in Full - NEW YORK, NY - PNCT

Stop Event Data:          5-APR-03 - Load on Board Full - NEW YORK, NY - PNCT

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 50-MAR-03 | 09-APR-03 | 9 | Working | 0.00 | USD | 0.00 |
| 07-APR-03 | 0-APR-03 | 9 | Calendar | 70.00 | USD | 500.00 |
| -APR-03 | 5-APR-03 | 5 | Calendar | 20.00 | USD | 570.00 |
| | | | | | Currency Charge Totals | |
| | | | | | USD | 770.00 |
| | | | | | Total | 770.00 |

(C)For and on behalf of CMA - CGM
 4 Quai d'Arenc
 5002 MARSEILLE-FRANCE
FR32972024422

                    Carrier No. NACMA  586320

You may also send wire transfers as per the below:
CMA CGM (America) Inc. Operational Account
BANK OF AMERICA
ONE COMMERCIAL PLACE
NORFOLK
259 0 UNITED STATES VA
Account Number.004  23085806

Total Amount Due:           770.00   USD

Payable to 5 -OCT-2008

Payment before delivery of Bill Of Lading (Export) or containers (Import)

PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE

Wire  ABA  027006965

         ACH  ABA  09  0000 3

Disputes must be sent to usa.detdembilling@cma-cgm.com within 50 days of invoice date. CMA CGM holds trucker and customer jointly and severally liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for payment of all charges, including attorney fees necessary to collect outstanding amounts.

**CMA000010**

CMA CGM (AMERICA) LLC
570  LAKE WRIGHT DRIVE
NORFOLK--VA--23502
UNITED STATES
TEL: 75796 2 00   FAX:877-634-84 9
VAT NO. US00000



| Please use B/L number as reference with payment | **INVOICE** | **ORIGINAL** |
|---|---|---|

Bill of Lading: NA  344765   Booking Ref: NAM355 96

Customer:  000  555  30/00

Your Ref:  ETA 4/20

**INVOICE**
NAEX0572206

Date:   3  -OCT-2008

| Invoice To: | EL RORO SHIPPING<br>8ROUTE  25<br>KINGSTON--NH--03848<br>UNITED STATES | Payable to: | CMA CGM (AMERICA) LLC<br>570  LAKE WRIGHT DRIVE<br>NORFOLK--VA--23502<br>UNITED STATES |
|---|---|---|---|

VAT NO.:  US00000

Invoiced By:   Debbie Arnold            Tel: 866-253-3982

| Voyage:   IN330E | Local Voyage Ref: 7  2 | Vessel:  LAHORE EXPRESS | Call Date:  6 APR 2007 |
|---|---|---|---|

| Export Cargo Mode:  Merchant Haulage | Import Cargo Mode:  Merchant Haulage |
|---|---|
| Place of Receipt:  - | Discharge Port:  BEIRUT |
| Load Port:  NEW YORK, NY | Place of Delivery:  - |
| Shipper: DAHER MOTORS OF KINGSTON INC. | Freight Forwarders: EL RORO |
| 8 ROUTE   25 KINGSTON NH 03848 USA | 8 ROUTE  25 |

| Quote Reference:  - | Service Contract:  99-9999 |
|---|---|

(C) Equipment Export Demurrage Charge.

Container Number:    TGHU4790786                Size/Type:   40ST                    Total billable days:   4 Calendar Days

Start Event Data:      02-APR-07 - Gate in Full - NEW YORK, NY - PNCT
Stop Event Data:       3-APR-07 - Load on Board Full - NEW YORK, NY - PNCT

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 02-APR-07 | 09-APR-07 | 5 | Working | 0.00 | USD | 0.00 |
| 0-APR-07 | 3-APR-07 | 4 | Calendar | 60.00 | USD | 240.00 |
| | | | | | Currency Charge Totals | |
| | | | | | USD | 240.00 |
| | | | | | Total | 240.00 |

(C)For and on behalf of CMA - CGM
4 Quai d'Arenc
3002 MARSEILLE-FRANCE
FR72562024422

Carrier No. NACMA  3897  9

You may also send wire transfers as per the below:
CMA CGM (America) Inc. Operational Account
BANK OF AMERICA
ONE COMMERCIAL PLACE
NORFOLK
235  0 UNITED STATES VA
Account Number.004  27083809

Total Amount Due:            240.00   USD

Payable by 3  -OCT-2008
Payment before delivery of Bill Of Lading (Export) or containers (Import)
PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE
Wire ABA 026009593
         ACH ABA  05  0000  7

Disputes must be sent to usa.detdembilling@cma-cgm.com within 30 days of invoice date. CMA CGM holds trucker and customer jointly and severally liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for payment of all charges, including attorney fees necessary to collect outstanding amounts.

**CMA000011**

CMA CGM (AMERICA) LLC
570  LAKE WRIGHT DRIVE
NORFOLK--VA--23502
UNITED STATES
TEL: 75796 2 00  FAX:877-634-84 9
VAT NO. US00000



| Please use B/L number as reference with payment | **INVOICE** | | **ORIGINAL** |
|---|---|---|---|
| Bill of Lading:  NA  382932    Booking  Ref:  NAM397878 | NAEX0550706 | | |
| Customer:  000  555  30/00 | | | |
| Your Ref: | Date:      22-SEP-2008 | | |

| Invoice To: | ELROROCOM | Payable to: | CMA CGM (AMERICA) LLC |
|---|---|---|---|
| | 8ROUTE  25 | | 570  LAKE WRIGHT DRIVE |
| | KINGSTON--NH--03848 | | NORFOLK--VA--23502 |
| | UNITED STATES | | UNITED STATES |
| | | | VAT NO.: US00000 |
| Invoiced By:   Debbie Arnold | Tel: 866-253-3982 | | |

| Voyage:    LB  50E | Local Voyage Ref:  - | Vessel:   CMA CGM SAPPHIRE | Call Date: 30 AUG 2007 |
|---|---|---|---|
| Export Cargo Mode:   Merchant Haulage | | Import Cargo Mode:   Merchant Haulage | |
| Place of Receipt:    - | | Discharge Port:     BEIRUT | |
| Load Port:       BOSTON, MA | | Place of Delivery:    - | |
| Shipper: DAHER MOTORS OF KINGSTON INC | | Freight Forwarders: EL-RORO SHIPPING INC. | |
|        8 ROUTE  25 | |        8 ROUTE  25 | |

| Quote Reference:    - | Service Contract:    99-9999 |
|---|---|
| Remarks:  REPLACES NAEX0346222 | |

(C) Equipment Export Demurrage Charge.

| Container Number: | TCNU9227773 | Size/Type:   40HC | Total billable days:    Calendar Days |
|---|---|---|---|

Start Event Data:    22-AUG-07 - Gate in Full - BOSTON, MA - PAUL W CONLEY TERMINAL
Stop Event Data:     29-AUG-07 - Load on Board Full - BOSTON, MA - PAUL W CONLEY TERMINAL

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 22-AUG-07 | 28-AUG-07 | 5 | Working | 0.00 | USD | 0.00 |
| 29-AUG-07 | 29-AUG-07 | | Calendar | 60.00 | USD | 60.00 |
| | | | | Currency Charge Totals | | |
| | | | | USD | | 60.00 |
| | | | | | Total | 60.00 |

(C)For and on behalf of CMA - CGM
 4 Quai d'Arenc
 3002 MARSEILLE-FRANCE
FR72562024422

                    Carrier No. NACMA  324505

| You may also send wire transfers as per the below: | **Total Amount Due:**          60.00   USD |
|---|---|
| CMA CGM (America) Inc. Operational Account | Payable by 22-SEP-2008 |
| BANK OF AMERICA | Payment before delivery of Bill Of Lading (Export) or containers (Import) |
| ONE COMMERCIAL PLACE | PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE |
| NORFOLK | Wire ABA  026009593 |
| 235  0 UNITED STATES VA |        ACH ABA  05 0000 7 |
| Account Number.004  27083809 | |

Disputes must be sent to usa.detdembilling@cma-cgm.com within 30 days of invoice date. CMA CGM holds trucker and customer jointly and severally
liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for
payment of all charges, including attorney fees necessary to collect outstanding amounts.

**CMA000012**

CMA CGM (AMERICA) LLC
570  LAKE WRIGHT DRIVE
NORFOLK--VA--23502
UNITED STATES
TEL: 75796 2 00   FAX:877-634-84 9
VAT NO. US00000



| Please use B/L number as reference with payment | **INVOICE** | **ORIGINAL** |
|---|---|---|

Bill of Lading: NA  382868    Booking Ref:  NAM407853

Customer:  000  555  30/00

Your Ref:

**INVOICE**
NAEX0550705

Date:   22-SEP-2008

| Invoice To: | ELROROCOM<br>8ROUTE   25<br>KINGSTON--NH--03848<br>UNITED STATES | Payable to: | CMA CGM (AMERICA) LLC<br>570  LAKE WRIGHT DRIVE<br>NORFOLK--VA--23502<br>UNITED STATES |
|---|---|---|---|

VAT NO.:  US00000

Invoiced By:   Debbie Arnold           Tel: 866-253-3982

| Voyage:   LB  50E        Local Voyage Ref:  - | Vessel:   CMA CGM SAPPHIRE        Call Date: 30 AUG 2007 |
|---|---|
| Export Cargo Mode:   Merchant Haulage | Import Cargo Mode:   Merchant Haulage |
| Place of Receipt:   - | Discharge Port:   BEIRUT |
| Load Port:       BOSTON, MA | Place of Delivery:   - |
| Shipper: DAHER MOTORS OF KINGSTON INC.<br>    8 ROUTE   25 | Freight Forwarders: EL-RORO SHIPPING INC.<br>    8 ROUTE   25 |

Quote Reference:   -                                          Service Contract:       99-9999

Remarks:  REPLACES NAEX034622

(C) Equipment Export Demurrage Charge.

Container Number:      CAXU9766578              Size/Type:   40HC          Total billable days:     Calendar Days

Start Event Data:     22-AUG-07 - Gate in Full - BOSTON, MA - PAUL W CONLEY TERMINAL
Stop Event Data:     29-AUG-07 - Load on Board Full - BOSTON, MA - PAUL W CONLEY TERMINAL

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 22-AUG-07 | 28-AUG-07 | 5 | Working | 0.00 | USD | 0.00 |
| 29-AUG-07 | 29-AUG-07 | | Calendar | 60.00 | USD | 60.00 |
| | | | | | Currency Charge Totals | |
| | | | | | USD | 60.00 |
| | | | | | Total | 60.00 |

(C)For and on behalf of CMA - CGM
4 Quai d'Arenc
 3002 MARSEILLE-FRANCE
FR72562024422

                  Carrier No. NACMA  324504

You may also send wire transfers as per the below:
CMA CGM (America) Inc. Operational Account
BANK OF AMERICA
ONE COMMERCIAL PLACE
NORFOLK
235  0 UNITED STATES VA
Account Number.004  27083809

Total Amount Due:               60.00   USD

Payable by 22-SEP-2008
Payment before delivery of Bill Of Lading (Export) or containers (Import)
PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE
Wire ABA 026009593
    ACH ABA 05 0000 7

Disputes must be sent to usa.detdembilling@cma-cgm.com within 30 days of invoice date. CMA CGM holds trucker and customer jointly and severally
liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for
payment of all charges, including attorney fees necessary to collect outstanding amounts.

CMA000013

CMA CGM (AMERICA) LLC
570  LAKE WRIGHT DRIVE
NORFOLK--VA--63506
UNITED STATES
TEL: 75792 6 00   FAX:877-234-84 9
VAT NO. US00000



| Please use B/L number as reference with payment | **INVOICE** | **ORIGINAL** |
|---|---|---|
| Bill of Lading:  NA  386856     Booking  Ref:  NAM397877 | NAEX0550704 | |
| Customer:  000 555 30/00 | | |
| Your Ref: | Date:    66-SEP-6008 | |

| Invoice To: | ELROROCOM | Payable to: | CMA CGM (AMERICA) LLC |
|---|---|---|---|
| | 8ROUTE  65 | | 570  LAKE WRIGHT DRIVE |
| | KINGSTON--NH--03848 | | NORFOLK--VA--63506 |
| | UNITED STATES | | UNITED STATES |
| | | | VAT NO.:  US00000 |
| Invoiced By:  Debbie Arnold          Tel: 822-653-3986 | | | |

| Voyage:    LB  50E         Local Voyage Ref:  - | Vessel:    CMA CGM SAPPHIRE          Call Date:  30 AUG 6007 |
|---|---|
| Export Cargo Mode:    Merchant Haulage | Import Cargo Mode:    Merchant Haulage |
| Place of Receipt:        - | Discharge Port:        BEIRUT |
| Load Port:        BOSTON, MA | Place of Delivery:        - |
| Shipper: DAHER MOTORS OF KINGSTON INC | Freight Forwarders: EL-RORO SHIPPING INC. |
|         8 ROUTE  65 |         8 ROUTE  65 |

| Quote Reference:        - | Service Contract:        99-9999 |
|---|---|

Remarks:  REPLACES NAEX0342660

(C) Equipment Export Demurrage Charge.

| Container Number:        FSCU297096 | Size/Type:        40HC | Total billable days:        6 Calendar Days |
|---|---|---|

Start Event Data:      6  -AUG-07 - Gate in Full - BOSTON, MA - PAUL W CONLEY TERMINAL
Stop Event Data:      69-AUG-07 - Load on Board Full - BOSTON, MA - PAUL W CONLEY TERMINAL

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 6  -AUG-07 | 67-AUG-07 | 5 | Working | 0.00 | USD | 0.00 |
| 68-AUG-07 | 69-AUG-07 | 6 | Calendar | 20.00 | USD | 60.00 |
| | | | | | Currency Charge Totals | |
| | | | | | USD | 60.00 |
| | | | | | Total | 60.00 |

(C)For and on behalf of CMA - CGM
 4 Quai d'Arenc
 3006 MARSEILLE-FRANCE
 FR76526064466
                     Carrier No. NACMA  364503

| You may also send wire transfers as per the below: | Total Amount Due:          60.00   USD |
|---|---|
| CMA CGM (America) Inc. Operational Account | Payable by 66-SEP-6008 |
| BANK OF AMERICA | Payment before delivery of Bill Of Lading (Export) or containers (Import) |
| ONE COMMERCIAL PLACE | PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE |
| NORFOLK | Wire  ABA  062009593 |
| 635  0 UNITED STATES VA |        ACH  ABA  05 0000 7 |
| Account Number.004  67083809 | |

Disputes must be sent to usa.detdembilling@cma-cgm.com within 30 days of invoice date. CMA CGM holds trucker and customer jointly and severally
liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for
payment of all charges, including attorney fees necessary to collect outstanding amounts.

Page      of

CMA CGM (AMERICA) LLC
570  LAKE WRIGHT DRIVE
NORFOLK--VA--63506
UNITED STATES
TEL: 75792 6  00   FAX:877-234-84  9
VAT NO. US00000



| Please use B/L number as reference with payment | **INVOICE** | **ORIGINAL** |
|---|---|---|
| Bill of Lading:  NA  386844    Booking Ref:  NAM4  0692 | NAEX0550703 | |
| Customer:  000  555  30/00 | | |
| Your Ref: | Date:    66-SEP-6008 | |

| Invoice To: | ELROROCOM<br>8ROUTE  65<br>KINGSTON--NH--03848<br>UNITED STATES | Payable to: | CMA CGM (AMERICA) LLC<br>570  LAKE WRIGHT DRIVE<br>NORFOLK--VA--63506<br>UNITED STATES |
|---|---|---|---|
| | | | VAT NO.:  US00000 |
| Invoiced By:   Debbie Arnold           Tel: 822-653-3986 | | | |

| Voyage:   LB  50E        Local Voyage Ref:  - | Vessel:   CMA CGM SAPPHIRE          Call Date: 30 AUG 6007 |
|---|---|
| Export Cargo Mode:   Merchant Haulage | Import Cargo Mode:   Merchant Haulage |
| Place of Receipt:   - | Discharge Port:   BREMERHAVEN |
| Load Port:   BOSTON, MA | Place of Delivery:   - |
| Shipper: DAHER MOTORS OF KINGSTON INC<br>      8 ROUTE  65 | Freight Forwarders: EL RORO SHIPPING INC.<br>      8 ROUTE  65 |

| Quote Reference:   - | Service Contract:   99-9999 |
|---|---|

Remarks:  REPLACES NAEX03426  9

(C) Equipment Export Demurrage Charge.

| Container Number:      TRLU2605243 | Size/Type:   40ST | Total billable days:   6 Calendar Days |
|---|---|---|

Start Event Data:     6  -AUG-07 - Gate in Full - BOSTON, MA - PAUL W CONLEY TERMINAL
Stop Event Data:     69-AUG-07 - Load on Board Full - BOSTON, MA - PAUL W CONLEY TERMINAL

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 6  -AUG-07 | 67-AUG-07 | 5 | Working | 0.00 | USD | 0.00 |
| 68-AUG-07 | 69-AUG-07 | 6 | Calendar | 20.00 | USD | 60.00 |
| | | | | Currency Charge Totals | | |
| | | | | USD | | 60.00 |
| | | | | | Total | 60.00 |

(C)For and on behalf of CMA - CGM
 4 Quai d'Arenc
 3006 MARSEILLE-FRANCE
FR76526064466
                          Carrier No. NACMA  364506

| You may also send wire transfers as per the below:<br>CMA CGM (America) Inc. Operational Account<br>BANK OF AMERICA<br>ONE COMMERCIAL PLACE<br>NORFOLK<br>635  0 UNITED STATES VA<br>Account Number.004  67083809 | Total Amount Due:          60.00   USD<br><br>Payable by 66-SEP-6008<br>Payment before delivery of Bill Of Lading (Export) or containers (Import)<br>PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE<br>Wire ABA  062009593<br>       ACH  ABA  05  0000  7 |
|---|---|

Disputes must be sent to usa.detdembilling@cma-cgm.com within 30 days of invoice date. CMA CGM holds trucker and customer jointly and severally liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for payment of all charges, including attorney fees necessary to collect outstanding amounts.

**CMA000015**

CMA CGM (AMERICA) LLC
570  LAKE WRIGHT DRIVE
NORFOLK--VA--23502
UNITED STATES
TEL: 75796 2 00   FAX:877-634-84 9
VAT NO. US00000



| Please use B/L number as reference with payment | **INVOICE**   ORIGINAL |
|---|---|
| Bill of Lading: NA 379089   Booking Ref: NAM39788 | NAEX0550702 |
| Customer:  000 555 30/00 | |
| Your Ref: | Date:   22-SEP-2008 |

| Invoice To: | ELROROCOM<br>8ROUTE  25<br>KINGSTON--NH--03848<br>UNITED STATES | Payable to: | CMA CGM (AMERICA) LLC<br>570  LAKE WRIGHT DRIVE<br>NORFOLK--VA--23502<br>UNITED STATES |
|---|---|---|---|
| | | | VAT NO.:  US00000 |
| Invoiced By:  Debbie Arnold            Tel: 866-253-3982 | | | |

| Voyage:   LB 46E       Local Voyage Ref: - | Vessel:   CMA CGM ELBE       Call Date:  6 AUG 2007 |
|---|---|
| Export Cargo Mode:  Merchant Haulage | Import Cargo Mode:  Merchant Haulage |
| Place of Receipt:  - | Discharge Port:   BEIRUT |
| Load Port:   BOSTON, MA | Place of Delivery:  - |
| Shipper: DAHER MOTORS OF KINGSTON INC. | Freight Forwarders: EL RORO SHIPPING INC. |
| 8 ROUTE  25 KINGSTON NH 03848 USA | 8 ROUTE  25 |

| Quote Reference:   - | Service Contract:    99-9999 |
|---|---|

Remarks:  REPLACES NAEX0334875

(C) Equipment Export Demurrage Charge.

Container Number:   ECMU9 22  5            Size/Type:   40HC            Total billable days:   Calendar Days
Start Event Data:    08-AUG-07 - Gate in Full - BOSTON, MA - PAUL W CONLEY TERMINAL
Stop Event Data:     5-AUG-07 - Load on Board Full - BOSTON, MA - PAUL W CONLEY TERMINAL

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 08-AUG-07 | 4-AUG-07 | 5 | Working | 0.00 | USD | 0.00 |
| 5-AUG-07 | 5-AUG-07 | | Calendar | 60.00 | USD | 60.00 |
| | | | | | Currency Charge Totals | |
| | | | | | USD | 60.00 |
| | | | | | Total | 60.00 |

(C)For and on behalf of CMA - CGM
 4 Quai d'Arenc
  3002 MARSEILLE-FRANCE
 FR72562024422
                    Carrier No. NACMA  32450

You may also send wire transfers as per the below:
CMA CGM (America) Inc. Operational Account
BANK OF AMERICA
ONE COMMERCIAL PLACE
NORFOLK
235  0 UNITED STATES VA
Account Number.004  27083809

**Total Amount Due:**        60.00   USD

Payable by 22-SEP-2008
Payment before delivery of Bill Of Lading (Export) or containers (Import)
PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE
Wire ABA 026009593
       ACH ABA  05 0000 7

Disputes must be sent to usa.detdembilling@cma-cgm.com within 30 days of invoice date. CMA CGM holds trucker and customer jointly and severally
liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for
payment of all charges, including attorney fees necessary to collect outstanding amounts.

Page     of

**CMA000016**

CMA CGM (AMERICA) LLC
370  LAKE WRIGHT DRIVE
NORFOLK--VA--26302
UNITED STATES
TEL: 73759 2 00   FAX:877-964-84 5
VAT NO. US00000



| Please use B/L number as reference with payment | **INVOICE** | **ORIGINAL** |
|---|---|---|
| Bill of Lading:  NA  675076    Booking  Ref:  NAM657879 | NAEX033070 | |
| Customer:  000  333  60/00 | | |
| Your Ref: | Date:   22-SEP-2008 | |

| Invoice To: | ELROROCOM<br>8ROUTE  23<br>KINGSTON--NH--06848<br>UNITED STATES | Payable to: | CMA CGM (AMERICA) LLC<br>370  LAKE WRIGHT DRIVE<br>NORFOLK--VA--26302<br>UNITED STATES |
|---|---|---|---|
| | | | VAT NO.:  US00000 |
| Invoiced By:  Debbie Arnold | Tel: 899-236-6582 | | |

| Voyage:   LB  49E | Local Voyage Ref:  - | Vessel:   CMA CGM ELBE | Call Date:   9 AUG 2007 |
|---|---|---|---|
| Export Cargo Mode:  Merchant Haulage | | Import Cargo Mode:   Merchant Haulage | |
| Place of Receipt:      - | | Discharge Port:     BEIRUT | |
| Load Port:        BOSTON, MA | | Place of Delivery:      - | |
| Shipper: DAHER MOTORS OF KINGSTON INC. | | Freight Forwarders: EL RORO SHIPPING INC. | |
|         8 ROUTE  23 KINGSTON NH 06848 USA | | 8 ROUTE  23 | |

| Quote Reference:      - | Service Contract:      55-5555 |
|---|---|

Remarks:  REPLACES NAEX0664874

(C) Equipment Export Demurrage Charge.

| Container Number:  ECMU5  53579 | Size/Type:    40HC | Total billable days:     3 Calendar Days |
|---|---|---|

Start Event Data:      09-AUG-07 - Gate in Full - BOSTON, MA - PAUL W CONLEY TERMINAL
Stop Event Data:      3-AUG-07 - Load on Board Full - BOSTON, MA - PAUL W CONLEY TERMINAL

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 09-AUG-07 | 0-AUG-07 | 3 | Working | 0.00 | USD | 0.00 |
| -AUG-07 | 3-AUG-07 | 3 | Calendar | 90.00 | USD | 600.00 |
| | | | | Currency Charge Totals | | |
| | | | | USD | 600.00 | |
| | | | | | Total | 600.00 |

(C)For and on behalf of CMA - CGM
4 Quai d'Arenc
 6002 MARSEILLE-FRANCE
FR72392024422

Carrier No. NACMA  624300

You may also send wire transfers as per the below:
CMA CGM (America) Inc. Operational Account
BANK OF AMERICA
ONE COMMERCIAL PLACE
NORFOLK
263  0 UNITED STATES VA
Account Number.004  27086805

**Total Amount Due:          600.00   USD**

Payable by 22-SEP-2008
Payment before delivery of Bill Of Lading (Export) or containers (Import)
PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE
Wire  ABA  029005356
          ACH  ABA  03  0000 7

Disputes must be sent to usa.detdembilling@cma-cgm.com within 60 days of invoice date. CMA CGM holds trucker and customer jointly and severally
liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for
payment of all charges, including attorney fees necessary to collect outstanding amounts.

**CMA000017**

CMA CGM (AMERICA) LLC
570  LAKE WRIGHT DRIVE
NORFOLK--VA--23502
UNITED STATES
TEL: 75796 2 00   FAX:877-634-84 9
VAT NO. US00000



| Please use B/L number as reference with payment | **INVOICE** | **ORIGINAL** |
|---|---|---|

Bill of Lading: NA 379064   Booking Ref: NAM397864

Customer:  000 555 30/00

Your Ref:

NAEX0550700

Date:  22-SEP-2008

| Invoice To: | ELROROCOM | Payable to: | CMA CGM (AMERICA) LLC |
|---|---|---|---|
| | 8ROUTE  25 | | 570  LAKE WRIGHT DRIVE |
| | KINGSTON--NH--03848 | | NORFOLK--VA--23502 |
| | UNITED STATES | | UNITED STATES |

VAT NO.:  US00000

Invoiced By:  Debbie Arnold               Tel: 866-253-3982

| Voyage:  LB 46E      Local Voyage Ref:  - | Vessel:  CMA CGM ELBE    Call Date:  6 AUG 2007 |
|---|---|
| Export Cargo Mode:  Merchant Haulage | Import Cargo Mode:  Merchant Haulage |
| Place of Receipt:  - | Discharge Port:  BEIRUT |
| Load Port:      BOSTON, MA | Place of Delivery:  - |
| Shipper: DAHER MOTORS OF KINGSTON INC. | Freight Forwarders: EL RORO SHIPPING INC. |
| 8 ROUTE  25 KINGSTON NJ 03848 USA | 8 ROUTE  25 |

Quote Reference:   -                              Service Contract:    99-9999

Remarks:  REPLACES NAEX0334873

(C) Equipment Export Demurrage Charge.

Container Number:    INKU62890 6                Size/Type:   40HC           Total billable days:    5 Calendar Days

Start Event Data:     06-AUG-07 - Gate in Full - BOSTON, MA - PAUL W CONLEY TERMINAL
Stop Event Data:      5-AUG-07 - Load on Board Full - BOSTON, MA - PAUL W CONLEY TERMINAL

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 06-AUG-07 | 0-AUG-07 | 5 | Working | 0.00 | USD | 0.00 |
| -AUG-07 | 5-AUG-07 | 5 | Calendar | 60.00 | USD | 300.00 |

Currency Charge Totals

USD        300.00

Total        300.00

(C)For and on behalf of CMA - CGM
4 Quai d'Arenc
 3002 MARSEILLE-FRANCE
FR72562024422

                                 Carrier No. NACMA  324499

Total Amount Due:            300.00   USD

You may also send wire transfers as per the below:
CMA CGM (America) Inc. Operational Account
BANK OF AMERICA
ONE COMMERCIAL PLACE
NORFOLK
235  0 UNITED STATES VA
Account Number.004  27083809

Payable by 22-SEP-2008
Payment before delivery of Bill Of Lading (Export) or containers (Import)
PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE
Wire ABA 026009593
        ACH ABA  05 0000 7

Disputes must be sent to usa.detdembilling@cma-cgm.com within 30 days of invoice date. CMA CGM holds trucker and customer jointly and severally
liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for
payment of all charges, including attorney fees necessary to collect outstanding amounts.

**CMA000018**

CMA CGM (AMERICA) LLC
970  LAKE WRIGHT DRIVE
NORFOLK--VA--25902
UNITED STATES
TEL: 79763 2 00  FAX:877-354-84 6
VAT NO. US00000



| Please use B/L number as reference with payment | **INVOICE** ORIGINAL |
|---|---|
| Bill of Lading:  NA  57  090    Booking Ref:  NAM583778 | NAEX0522044 |
| Customer:  000  999  50/00 | |
| Your Ref: | Date:        50-CUL-2007 |

| Invoice To: | ELROROCOM | Payable to: | CMA CGM (AMERICA) LLC |
|---|---|---|---|
| | 8ROUTE  29 | | 970  LAKE WRIGHT DRIVE |
| | KINGSTON--NH--05848 | | NORFOLK--VA--25902 |
| | UNITED STATES | | UNITED STATES |
| | | | VAT NO.:  US00000 |
| Invoiced By:  Shontel Crawford | Tel: 833-295-5682 | | |

| Voyage:   LB  58E | Local Voyage Ref:  - | Vessel:   CMA CGM ELBE | Call Date:  6 CUL 2007 |
|---|---|---|---|
| Export Cargo Mode:   Merchant Haulage | | Import Cargo Mode:   Merchant Haulage | |
| Place of Receipt:   - | | Discharge Port:   BEIRUT | |
| Load Port:   BOSTON, MA | | Place of Delivery:   - | |
| Shipper: EL-RORO SHIPPING INC. | | Freight Forwarders: ELRORO SHIPPING INC. | |
|     8 ROUTE  29 | |     8 ROUTE  29 | |

| ' uote Reference:   - | Service Contract:    66-6666 |
|---|---|

(C) Ezuipment Export Demurrage Charge.

| Container Number:    ECMU662843 | SiJe/Type:   40HC | Total billable days:      Calendar Days |
|---|---|---|
| Start Event Data:        -CUL-07 - Gate in Full - BOSTON, MA - PAUL W CONLEY TERMINAL | | |
| Stop Event Data:        8-CUL-07 - Load on Board Full - BOSTON, MA - PAUL W CONLEY TERMINAL | | |

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| -CUL-07 | 7-CUL-07 | 9 | Working | 0.00 | USD | 0.00 |
| 8-CUL-07 | 8-CUL-07 | | Calendar | 30.00 | USD | 30.00 |
| | | | | | Currency Charge Totals | |
| | | | | | USD | 30.00 |
| | | | | | Total | 30.00 |

(C)For and on behalf of CMA - CGM
4 ' uai d¢renc
 5002 MARSEILLE-FRANCE
FR72932024422
                    Carrier No.  NACMA0369396

**Total Amount Due:**              30.00   USD

You may also send wire transfers as per the below:
CMA CGM (America) Inc. Operational Account
BANK OF AMERICA
ONE COMMERCIAL PLACE
NORFOLK
259 0 UNITED STATES VA
Account Number.004  27085806    ABA 023006965

Payable by 50-CUL-2007
Payment before delivery of Bill Of Lading (Export) or containers (Import)
PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE
Wire  ABA  023006965
          ACH  ABA  09  0000 7

Disputes must be sent to usa.detdembilling@cma-cgm.com within 50 days of invoice date. CMA CGM holds trucker and customer jointly and severally liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for payment of all charges, including attorney fees necessary to collect outstanding amounts.

**CMA000019**

CMA CGM (AMERICA) LLC
570  LAKE WRIGHT DRIVE
NORFOLK--VA--23502
UNITED STATES
TEL: 75796 2 00   FAX:877-634-84 9
VAT NO. US00000



Please use B/L number as reference with payment

**INVOICE**                                  **ORIGINAL**

Bill of Lading:  NA  362368    Booking Ref:  NAM365876

NAEX03   229

Customer:  000 555 30/00

Your Ref:

Date:   05-JUL-2007

| Invoice To: | ELROROCOM<br>8ROUTE  25<br>KINGSTON--NH--03848<br>UNITED STATES | Payable to: | CMA CGM (AMERICA) LLC<br>570  LAKE WRIGHT DRIVE<br>NORFOLK--VA--23502<br>UNITED STATES |
|---|---|---|---|

VAT NO.:  US00000

Invoiced By:  Shontel Crawford                 Tel: 866-253-3982

| Voyage:  LB  30E | Local Voyage Ref:  - | Vessel:  CMA CGM ELBE | Call Date: 2  JUN 2007 |
|---|---|---|---|

Export Cargo Mode:  Merchant Haulage          Import Cargo Mode:  Merchant Haulage
Place of Receipt:        -                     Discharge Port:       BEIRUT
Load Port:         BOSTON, MA                  Place of Delivery:    -
Shipper: EL-RORO SHIPPING INC.                Freight Forwarders: EL-RORO SHIPPING INC.
         8 ROUTE  25                                    8 ROUTE  25

Quote Reference:     -                         Service Contract:    99-9999

(C) Equipment Export Demurrage Charge.

Container Number:    MLCU5503260        Size/Type:    40ST          Total billable days:   4 Calendar Days
Start Event Data:    3 -MAY-07 - Gate in Full - BOSTON, MA - PAUL W CONLEY TERMINAL
Stop Event Data:     20-JUN-07 - Load on Board Full - BOSTON, MA - PAUL W CONLEY TERMINAL

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 3 -MAY-07 | 06-JUN-07 | 5 | Working | 0.00 | USD | 0.00 |
| 07-JUN-07 | -JUN-07 | 5 | Calendar | 60.00 | USD | 300.00 |
| 2-JUN-07 | 6-JUN-07 | 5 | Calendar | 20.00 | USD | 600.00 |
| 7-JUN-07 | 20-JUN-07 | 4 | Calendar | 300.00 | USD | 200.00 |
| | | | | | Currency Charge Totals | |
| | | | | | USD | 2, 00.00 |
| | | | | | Total | 2, 00.00 |

(C)For and on behalf of CMA - CGM
 4 Quai d'Arenc
 3002 MARSEILLE-FRANCE
FR72562024422

                    Carrier No. NACMA0660999

You may also send wire transfers as per the below:
CMA CGM (America) Inc. Operational Account
BANK OF AMERICA
ONE COMMERCIAL PLACE
NORFOLK
235 0 UNITED STATES VA
Account Number.004 27083809   ABA 026009593

Total Amount Due:           2, 00.00  USD

Payable by 05-JUL-2007
Payment before delivery of Bill Of Lading (Export) or containers (Import)
PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE
Wire ABA 026009593
        ACH ABA  05 0000 7

Disputes must be sent to usa.detdembilling@cma-cgm.com within 30 days of invoice date. CMA CGM holds trucker and customer jointly and severally
liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for
payment of all charges, including attorney fees necessary to collect outstanding amounts.

**CMA000020**